Clerk's Use Only

Initial for fee pd.:

Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
212-332-3474 (Applicant)

FILED
APR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

        Plaintiff(s),

v.

SCOTT MICHAEL MOORE, ET AL

        Defendant(s).

CASE NO. C 08-1896 JCS

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Scott Michael Moore, Esq., an active member in good standing of the bar of the States of New York and Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Anthony P. X. Bothwell, Esq.
    350 Bay St., Ste 100 PMB 314, San Francisco, CA 94133 (415-370-9571)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/10/08

                                                          S. Moore

ATTACHMENT
APPLICATION OF SCOTT MICHAEL MOORE FOR ADMISSION OF ATTORNEY
<u>PRO HAC VICE</u>

Applicant, Scott Michael Moore, is also an active member in good standing of the bar of the following United States Courts:

    U.S. District Court, Middle District of Florida (<u>pro hac vice on two occasions</u>)
    U.S. District Court, Eastern District of New York
    U.S. District Court, Northern District of New York
    U.S. District Court, Western District of New York
    U.S. District Court, Western District of Michigan
    United States Court of International Trade
    United States Court of Appeals for the Sixth Circuit
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Eleventh Circuit
    United States Court of Appeals for the Federal Circuit
    United States Supreme Court

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611818139
Cashier ID: sudot
Transaction Date: 04/14/2008
Payer Name: Moore International Law

PRO HAC VICE
 For: Scott Michael Moore, Esq.
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 6650
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

D-08-1896-JCS
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.