UNITED STATES DISTRICT COURT

Northern District of California

NICHOLAS H. PARKER,

CASE NO. C08-1896 JCS

Plaintiff(s),

v.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

SCOTT MICHAEL MOORE, ET AL

Defendant(s).

_____/

Scott Michael Moore, Esq. ☒ , an active member in good standing of the bar of the States of New York and Michigan ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111  (212-332-3474)

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants. ☒ .

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge