```
 1 │ Neil Gieleghem, Esq.
   │ Gieleghem Law Firm
 2 │ 1875 Century Park East, Suite 700
   │ Los Angeles, CA 90067
 3 │ 310-284-3252
   │ Counsel for Plaintiff
 4 │
   │
 5 │ Scott Michael Moore, Esq.
   │ Moore International Law Offices, P.C.
 6 │ 45 Rockefeller Plaza, Suite 2000
   │ New York, NY 10111
 7 │ 212-332-3474
   │ Counsel for Defendants
 8 │ (Pro Hac Vice, appl. pending)
```

FILED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C081896JCS <br><br> Hon.: <br><br> DEFENDANTS' MOTION TO DISMISS |

The above named defendants, by and through their undersigned counsel, respectfully move this honorable court

-1-

pursuant to Federal Rules of Civil Procedure 12(b)(1),(6) and (7), to dismiss this action, and in support state as follows:

1.   Statutes of limitation bar plaintiff's action;

2.   Plaintiff has failed to join necessary parties;

3.   Plaintiff is not the real party in interest;

4.   Plaintiff lacks Article III standing;

5.   Plaintiff has unclean hands;

6.   This motion is supported by a memorandum of law in support with attached exhibits.

RELIEF REQUESTED

The defendants respectfully pray this honorable court to dismiss this action in its entirety and with prejudice.

Dated this  10  day of April, 2008.

Respectfully submitted,

*/s/ Moore*

Scott Michael Moore, Esq.
MOORE INTERNATIONAL LAW OFFICES
A Professional Corporation
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for the defendants
(Pro Hac Vice appl. pending)