1  Neil Gieleghem, Esq.
   Gieleghem Law Firm
2  1875 Century Park East, Suite 700
   Los Angeles, CA 90067
3  310-284-3252
   Counsel for Plaintiff
4
5  Scott Michael Moore, Esq.
   Moore International Law Offices, P.C.
6  45 Rockefeller Plaza, Suite 2000
   New York, NY 10111
7  212-332-3474
   Counsel for Defendants
8  (Pro Hac Vice, appl. pending)

9
                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA

11

12 NICHOLAS H. PARKER, an          ) Case No.: C081896JCS
   individual,                     )
13                                 ) Hon.:
              Plaintiff,           )
14                                 ) CERTIFICATE OF SERVICE
       v.                          )
15                                 )
   SCOTT MICHAEL MOORE, an         )
16 individual; MOORE INTERNATIONAL )
   LAW OFFICES, A PROFESSIONAL     )
17 CORPORATION, a California       )
   corporation; MOORE              )
18 INTERNATIONAL LAW OFFICES, A    )
   PROFESSIONAL CORPORATION, a     )
19 business entity, form unknown;  )
   DOES 1 through 20, inclusive,   )
20                                 )
              Defendants.          )
21 _____)

22

23      I, Scott Michael Moore, Esq., declare under penalty of

24 perjury that I have served a copy of the attached NOTICE OF

25 REMOVAL and DEFENDANTS' MOTION TO DISMISS, DEFENDANTS'

   MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS, and

                              -1-

1 supporting papers, upon the following parties or their attorneys
2 of record by first class mail at the following addresses:
3
    Neil Gieleghem, Esq.
    Gieleghem Law Firm
4     1875 Century Park East, Suite 700
    Los Angeles, CA 90067
5     Counsel for Plaintiff
6
7     The undersigned certifies service by electronic means to
8 all the parties or their attorneys of record in this action at
9 the addresses listed below:

12 Dated this _10_ day of April, 2008.

                Respectfully submitted,

                S/Moore
                _____
                Scott Michael Moore, Esq.
                MOORE INTERNATIONAL LAW OFFICES
                A Professional Corporation
                45 Rockefeller Plaza, Suite 2000
                New York, NY 10111
                T. 212-332-3474
                F. 212-332-3475
                E. smm@MILOPC.com
                Counsel for the defendants
                (Pro Hac Vice appl. pending)