UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, | No. C 08-01896 JCS |
| Plaintiff, | NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SCOTT M. MOORE, ET AL., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The complaint in the above-entitled action was filed on April 9, 2008. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Joseph C. Spero to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by both parties before Magistrate Judge Spero will consider the merits of plaintiff(s)' case or any motion filed by either party.

Defendants' have filed a Motion to Dismiss. Accordingly, the parties are instructed to sign and electronically file the enclosed consent or declination form within **seven (7) calendar days** of the date of this notice, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter.

If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

Dated: April 17, 2008

Richard W. Wieking, Clerk

*Karen L. Hom*

By: Karen L. Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, | No. C 08-01896 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| SCOTT M. MOORE, ET AL., | |
| Defendant(s). | |

_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____   _____
                                  Signature

                                  Counsel for _____
                                  (Name or party or indicate "pro se")

2

1
2
3
4                             UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6
7  NICHOLAS H. PARKER,                          No. C 08-01896 JCS
8        Plaintiff(s),
                                                **DECLINATION TO PROCEED BEFORE**
9     v.                                        **A MAGISTRATE JUDGE**
                                                **AND**
10 SCOTT M. MOORE, ET AL.,                      **REQUEST FOR REASSIGNMENT TO A**
                                                **UNITED STATES DISTRICT JUDGE**
11       Defendant(s).
12 _____/
13
14         REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

15      The undersigned party in the above-captioned civil matter hereby declines to consent to the

16 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

17 requests the reassignment of this case to a United States District Judge.

18
19
20 Dated: _____         _____
                                          Signature
21
22                                        Counsel for _____
                                          (Name or party or indicate "pro se")
23
24
25
26
27
28

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

        Plaintiff,

  v.

SCOTT M. MOORE et al,

        Defendant.

Case Number: CV08-01896 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moore International Law Offices, A Professional Corporation
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

John Neil Gieleghem
Gieleghem Law Office
1801 Century Park East
Suite 700
Los Angeles, CA 90067

Scott Michael Moore
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

Dated: April 17, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk