UNITED STATES DISTRICT COURT

Northern District of California

NICHOLAS H. PARKER,

CASE NO. C08-1896 JCS

Plaintiff(s),

v.

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

SCOTT MICHAEL MOORE, ET AL

Defendant(s).

Scott Michael Moore, Esq. ☒, an active member in good standing of the bar of the States of New York and Michigan ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111 (212-332-3474)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants. ☒

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/17/08

JOSEPH C. SPERO
United States Magistrate Judge

RECEIVED APR 14 2008 RICHARD W. [WIEKING] CLERK, U.S. [DISTRICT COURT] NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

        Plaintiff,

  v.

SCOTT M. MOORE et al,

        Defendant.
                                         /

Case Number: CV08-01896 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moore International Law Offices, A Professional Corporation
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

John Neil Gieleghem
Gieleghem Law Office
1801 Century Park East
Suite 700
Los Angeles, CA 90067

Scott Michael Moore
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

Dated: April 18, 2008

                                                      Richard W. Wieking, Clerk
                                                      By: Karen Hom, Deputy Clerk