UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

    Plaintiff(s),

v.

SCOTT M. MOORE, ET AL.,

    Defendant(s).

No. C 08-01896 JCS

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/23/08

Signature: [signed] Moore
SCOTT M. MOORE, ESQ.

Counsel for ALL DEFENDANTS
(Name or party or indicate "pro se")