UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER,<br><br>    Plaintiff(s),<br><br>v.<br><br>SCOTT M. MOORE, ET AL.,<br><br>    Defendant(s). | No. C 08-01896 JCS<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4/23/08

Signature: [signed] Moore
SCOTT M. MOORE, ESQ.

Counsel for ALL DEFENDANTS
(Name or party or indicate "pro se")

3