**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**April 23, 2008**

CASE NUMBER:  CV 08-01896 JCS
CASE TITLE:  NICHOLAS H. PARKER-v-SCOTT M. MOORE

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/23/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 4/23/08ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA