1  Neil Gieleghem, Esq.
   Gieleghem Law Firm
2  1875 Century Park East, Suite 700
   Los Angeles, CA 90067
3  310-284-3252
   Counsel for Plaintiff
4

5  Scott Michael Moore, Esq.
   Moore International Law Offices, P.C.
6  45 Rockefeller Plaza, Suite 2000
   New York, NY 10111
7  212-332-3474
   Counsel for Defendants
8  (Pro Hac Vice)

9

                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  NICHOLAS H. PARKER, an          ) Case No.: 3:08-cv-01896PJH
    individual,                     )
13                                  ) Hon.: Phyllis J. Hamilton
                       Plaintiff,   )
14                                  )
         v.                         ) APPEARANCE
15                                  )
    SCOTT MICHAEL MOORE, an         )
16  individual; MOORE INTERNATIONAL )
    LAW OFFICES, A PROFESSIONAL     )
17  CORPORATION, a California       )
    corporation; MOORE             )
18  INTERNATIONAL LAW OFFICES, A    )
    PROFESSIONAL CORPORATION, a     )
19  business entity, form unknown;  )
    DOES 1 through 20, inclusive,   )
20                                  )
21                     Defendants.  )
    _____ )

22

23       PLEASE TAKE NOTICE that the undersigned counsel hereby

24  enters his appearance on behalf of all the above named

25  defendants in the above referenced action.

                                -1-

1   Dated this 24th day of April, 2008.

2

3                        Respectfully submitted,

4

5   _____

6   Scott Michael Moore, Esq.
    MOORE INTERNATIONAL LAW OFFICES
    A Professional Corporation
7   45 Rockefeller Plaza, Suite 2000
    New York, NY 10111
8   T. 212-332-3474
    F. 212-332-3475
9   E. smm@MILOPC.com
    Counsel for the defendants
10  (Pro Hac Vice)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  Neil Gieleghem, Esq.
   Gieleghem Law Firm
2  1875 Century Park East, Suite 700
   Los Angeles, CA 90067
3  310-284-3252
   Counsel for Plaintiff
4

5  Scott Michael Moore, Esq.
   Moore International Law Offices, P.C.
6  45 Rockefeller Plaza, Suite 2000
   New York, NY 10111
7  212-332-3474
   Counsel for Defendants
8  (Pro Hac Vice)

9

10              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

11

12  NICHOLAS H. PARKER, an            ) Case No.: 3:08-cv-01896PJH
    individual,                       )
13                                    ) Hon.: Phyllis J. Hamilton
                        Plaintiff,    )
14                                    ) CERTIFICATE OF SERVICE
         v.                           )
15                                    )
    SCOTT MICHAEL MOORE, an           )
16  individual; MOORE INTERNATIONAL   )
    LAW OFFICES, A PROFESSIONAL       )
17  CORPORATION, a California         )
    corporation; MOORE               )
18  INTERNATIONAL LAW OFFICES, A      )
    PROFESSIONAL CORPORATION, a       )
19  business entity, form unknown;    )
    DOES 1 through 20, inclusive,     )
20                                    )
                                      )
21                      Defendants.   )
    _____ )

22

23      I, Scott Michael Moore, Esq., declare under penalty of

24  perjury that I have served a copy of the attached APPEARANCE,

25  and NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, upon the

                              -1-

1  following parties or their attorneys of record by first class

2  mail at the following addresses:

3          Neil Gieleghem, Esq.
           Gieleghem Law Firm
4          1875 Century Park East, Suite 700
           Los Angeles, CA 90067
5          Counsel for Plaintiff

6

7      The undersigned certifies service by ECF electronic means

8  to all the parties or their attorneys of record in this action

9  at the addresses listed below:

10

11

12
   Dated this 24th day of April, 2008.
13

14
                    Respectfully submitted,
15

16              

17              _____
                Scott Michael Moore, Esq.
                MOORE INTERNATIONAL LAW OFFICES
18              A Professional Corporation
                45 Rockefeller Plaza, Suite 2000
19              New York, NY 10111
                T. 212-332-3474
20              F. 212-332-3475
                E. smm@MILOPC.com
21              Counsel for the defendants
                (Pro Hac Vice)
22

23

24

25