```
 1  Neil Gieleghem, Esq.
    Gieleghem Law Firm
 2  1875 Century Park East, Suite 700
    Los Angeles, CA 90067
 3  310-284-3252
    Counsel for Plaintiff
 4

 5  Scott Michael Moore, Esq.
    Moore International Law Offices, P.C.
 6  45 Rockefeller Plaza, Suite 2000
    New York, NY 10111
 7  212-332-3474
    Counsel for Defendants
 8  (Pro Hac Vice)

 9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  NICHOLAS H. PARKER, an          ) Case No.: 3:08-cv-01896PJH
    individual,                     )
13                                  ) Hon.: Phyllis J. Hamilton
                      Plaintiff,    )
14                                  ) Hearing Date & Time: Wednesday
         v.                         )                       06/04/08
15                                  )                       9:00 a.m.
    SCOTT MICHAEL MOORE, an         )
16  individual; MOORE INTERNATIONAL ) NOTICE OF HEARING ON
    LAW OFFICES, A PROFESSIONAL     ) DEFENDANTS' MOTION TO DISMISS
17  CORPORATION, a California       )
    corporation; MOORE              )
18  INTERNATIONAL LAW OFFICES, A    )
    PROFESSIONAL CORPORATION, a     )
19  business entity, form unknown;  )
    DOES 1 through 20, inclusive,   )
20                                  )
                      Defendants.   )
21  _____ )

22

23       1.   PLEASE TAKE NOTICE, that on Wednesday, the 4th of June,

24  2008, at 9:00 a.m., a hearing will be held on defendants' motion

25  to dismiss (doc. 5), before the Honorable Phyllis J. Hamilton,
```

-1-

1  U.S.D.J., Courtroom 3, 17th Floor, at the United States District
2  Court, Phillip Burton United States Courthouse, 450 Golden Gate
3  Avenue, San Francisco, California, 94102-3434;
4      2.   Defendants seek an order to dismiss this action in its
5  entirety and with prejudice.
6
7
8  Dated this 24th day of April, 2008.
9
10                    Respectfully submitted,
11                    
12                    _____
                      Scott Michael Moore, Esq.
13                    MOORE INTERNATIONAL LAW OFFICES
                      A Professional Corporation
14                    45 Rockefeller Plaza, Suite 2000
                      New York, NY 10111
15                    T. 212-332-3474
                      F. 212-332-3475
16                    E. smm@MILOPC.com
                      Counsel for the defendants
17                    (Pro Hac Vice)
18
19
20
21
22
23
24
25

1  Neil Gieleghem, Esq.
   Gieleghem Law Firm
2  1875 Century Park East, Suite 700
   Los Angeles, CA 90067
3  310-284-3252
   Counsel for Plaintiff
4
5  Scott Michael Moore, Esq.
   Moore International Law Offices, P.C.
6  45 Rockefeller Plaza, Suite 2000
   New York, NY 10111
7  212-332-3474
   Counsel for Defendants
8  (Pro Hac Vice)
9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11
12 NICHOLAS H. PARKER, an          ) Case No.: 3:08-cv-01896PJH
   individual,                     )
13                                 ) Hon.: Phyllis J. Hamilton
                        Plaintiff, )
14                                 ) CERTIFICATE OF SERVICE
        v.                         )
15                                 )
   SCOTT MICHAEL MOORE, an         )
16 individual; MOORE INTERNATIONAL )
   LAW OFFICES, A PROFESSIONAL     )
17 CORPORATION, a California       )
   corporation; MOORE              )
18 INTERNATIONAL LAW OFFICES, A    )
   PROFESSIONAL CORPORATION, a     )
19 business entity, form unknown;  )
   DOES 1 through 20, inclusive,   )
20                                 )
                                   )
21                     Defendants. )
   _____)
22
23     I, Scott Michael Moore, Esq., declare under penalty of
24 perjury that I have served a copy of the attached APPEARANCE,
25 and NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, upon the

following parties or their attorneys of record by first class mail at the following addresses:

    Neil Gieleghem, Esq.
    Gieleghem Law Firm
    1875 Century Park East, Suite 700
    Los Angeles, CA 90067
    Counsel for Plaintiff

The undersigned certifies service by ECF electronic means to all the parties or their attorneys of record in this action at the addresses listed below:

Dated this 24th day of April, 2008.

    Respectfully submitted,



Scott Michael Moore, Esq.
MOORE INTERNATIONAL LAW OFFICES
A Professional Corporation
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for the defendants
(Pro Hac Vice)