Neil Gieleghem    CSBN 107389
Gieleghem Law Office
1875 Century Park East, Suite 700
Los Angeles, CA  90067
Telephone: (310) 284-3252
Telecopier: (310) 284-3253
ngieleghem@sbcglobal.net

Attorneys for Plaintiff
Nicholas H. Parker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO.  3:08-CV-01896-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**ORDER RE MOTION TO REMAND AND REQUEST FOR JUST COSTS AND ACTUAL EXPENSES OF $9651.29**<br><br>*[Proposed]*<br><br>Date:    June 4, 2008<br>Time:    9:00 a.m.<br>Courtroom:    Courtroom 3, 17th Floor |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court, having heard Plaintiff's Motion to Remand and Request for Just Costs and Expenses, and

Good cause appearing,

The Court rules as follows:

1. This case is remanded to the Superior Court of the State of California, County of San Francisco, from whence said action was removed.

2. Defendants shall pay Plaintiff, pursuant to 28 U.S.C. § 1447(c), the just costs and

1 actual expenses incurred by Plaintiff due to the removal of this action, for a total of
2 $ _____. [$9651.29]
3     3.    The just costs and actual expenses awarded herein shall be paid by Defendants
4 to Plaintiff on or before _____, 2008.

6     SO ORDERED.

8 Dated: June ___, 2008

                                                      PHYLLIS J. HAMILTON
                                                      United States District Court Judge

1  PROOF OF SERVICE

2  STATE OF CALIFORNIA        )
                              ) ss.
3  COUNTY OF LOS ANGELES      )

4      I am a resident of the State of California; over the age of 18 years; and not a party to the within action; and my business address is: 1875 Century Park East, Suite 300, Los Angeles, California 90067.

6      On April 24, 2008 I served the foregoing document described as:

7  **ORDER RE MOTION TO REMAND AND REQUEST FOR JUST COSTS AND ACTUAL EXPENSES OF $9651.29**
8  *[Proposed]*

9  [X]  (BY MAIL ) By placing the true copies of the document(s) listed above in a sealed envelope, fully prepaid, addressed to the recipient(s) listed below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in said affidavit.

[X]  (BY FAX) By transmitting, on this date, via facsimile, the document(s) listed above to the fax number(s) set forth above.

[ ]  (BY EXPRESS MAIL) By placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

[X]  (BY ELECTRONIC TRANSMISSION) By transmitting via electronic mail the document(s) listed above to each recipient listed below.

[ ]  (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee.

Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
(630 5th Avenue, Suite 2000)
New York, New York 10111
Tel: (212) 322-3474
Fax: (212) 332-3475
smm@MILOPC.com
Attorneys for Defendants

    I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the above is true and correct.

    Executed on April 24, 2008, in Los Angeles, CA.

                        s/ Neil Gieleghem
                        Neil Gieleghem

i