```
Neil Gieleghem    CSBN 107389
Gieleghem Law Office
1875 Century Park East, Suite 700
Los Angeles, CA  90067
Telephone: (310) 284-3252
Telecopier: (310) 284-3253
ngieleghem@sbcglobal.net

Attorneys for Plaintiff
Nicholas H. Parker
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, | CASE NO. 3:08-CV-01896-PJH |
| Plaintiff, | Hon. Phyllis J. Hamilton |
| vs. | **OBJECTIONS TO DECLARATION OF SCOTT M. MOORE** |
| SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, | Date:      Wednesday, June 4, 2008<br>Time:      9:00 a.m.<br>Courtroom: Courtroom 3, 17th Floor<br><br>*[Nb. Filed with Opposition to Motion to Dismiss and Objection to Pro Hac Vice Admission]* |
| Defendants. | |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff hereby objects to the Declaration of Scott M. Moore attached to Defendants' Motion to Dismiss, to the following extent and on the following grounds:

| Paragraph/Page/Line Reference | Objections |
|---|---|
| ¶ 3, p. 1, lns. 22 - p. 2, ln. 2 | Relevance; lack of foundation; hearsay. |

| | |
|---|---|
| ¶ 4, p. 2, lns. 3-6 | Relevance; lack of foundation; hearsay. |
| ¶ 5, p. 2, lns. 7-15 | Relevance; lack of foundation; hearsay. |
| ¶ 6, p. 2, lns. 16-19 | Relevance; lack of foundation. |
| ¶ 7, p. 2, lns. 20-24 | Relevance; lack of foundation; speculation. |
| ¶ 8, p. 3, lns. 1-6 | Relevance; lack of foundation; speculation. |
| ¶ 9, p. 3, lns. 7-11 | Relevance; lack of foundation; best evidence. |
| ¶ 10, p. 3, lns. 12-15 | Relevance; lack of foundation. |

Plaintiff respectfully requests that, at the hearing on Defendants' Motion to Dismiss, the Court sustain the above objections and strike the evidence referenced above.

Dated: May 9, 2008                             GIELEGHEM LAW OFFICE

                                                      s/ Neil Gieleghem
                                                       Neil Gieleghem
                                        Attorneys for Plaintiff Nicholas H. Parker

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am a resident of the State of California; over the age of 18 years; and not a party to the within action; and my business address is: 1875 Century Park East, Suite 300, Los Angeles, California 90067.

On May 9, 2008 I served the foregoing document described as:

**OBJECTIONS TO DECLARATION OF SCOTT M. MOORE**

[X] (BY MAIL ) By placing the true copies of the document(s) listed above in a sealed envelope, fully prepaid, addressed to the recipient(s) listed below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in said affidavit.

[ ] (BY FAX) By transmitting, on this date, via facsimile, the document(s) listed above to the fax number(s) set forth above.

[ ] (BY EXPRESS MAIL) By placing the document(s) listed above in a sealed Overnight Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an Overnight Express agent for delivery.

[ ] (BY ELECTRONIC TRANSMISSION) By transmitting via electronic mail the document(s) listed above to each recipient listed below.

[ ] (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee.

Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
(630 5th Avenue, Suite 2000)
New York, New York 10111
Tel: (212) 322-3474
Fax: (212) 332-3475
smm@MILOPC.com
Attorneys for Defendants

I declare under penalty of perjury under the laws of the State of California, and the United States of America, that the above is true and correct.

Executed on May 9, 2008, in Los Angeles, CA.

                                                s/ Neil Gieleghem
                                                Neil Gieleghem

i

OBJECTIONS TO DECLARATION OF SCOTT M. MOORE,
CASE NO. 3:08-CV-01896-PJH