**United States District Court**
For the Northern District of California

1

2

3          UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6

7   NICHOLAS H. PARKER

8          Plaintiff(s),                    No. C 08-1896 PJH

9      v.                                   **ORDER OF REFERENCE**

10  SCOTT M. MOORE, et al.,

11         Defendant(s).
                                    _____/
12  _____

13      Before the court is plaintiff's objection to the order granting *pro hac vice* status to

14  defendants' counsel.  As *pro hac vice* requests are routinely granted ex parte, and as it

15  appears that no objection was lodged before Judge Spero ruled on the request, the

16  objection is referred to Judge Spero for his consideration.  Judge Spero will notify the

17  parties should he require any further information from defendants' counsel.

18      **IT IS SO ORDERED.**

19  Dated: May 13, 2008

20                                          _____
                                            PHYLLIS J. HAMILTON
21                                          United States District Judge

22

23

24

25

26

27

28