Neil Gieleghem, Esq.
Gieleghem Law Firm
1875 Century Park East, Suite 700
Los Angeles, CA 90067
310-284-3252
Counsel for Plaintiff

Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
212-332-3474
Counsel for Defendants
(Pro Hac Vice)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 3:08-cv-01896PJH <br><br> Hon.: Phyllis J. Hamilton <br><br> RESPONSE OF SCOTT MICHAEL MOORE, TO PLAINTIFF'S OPPOSITION TO PRO HAC VICE STATUS |

NOW COMES, SCOTT MICHAEL MOORE, attorney of record for the defendants in the above captioned case, and files this his response to the objections filed by the plaintiff on the 9th of May, 2008 objecting to pro hac vice status. (Doc. 22).

# I.
## Introduction

On the 9th of May, 2008, the plaintiff filed three documents with this honorable court: a memorandum in opposition to defendants' motion to dismiss (Doc. 20), objections to the Declaration of Scott M. Moore attached to the motion to dismiss (Doc. 21), and objections to the admission of the undersigned counsel pro hac vice. (Doc. 22).

There are two pending motions before the court, defendants' motion to dismiss filed on the 14th of April, 2008, (Doc. 5), and plaintiff's motion to remand filed on the 24th of April, 2008, (Doc. 17). Both motions are scheduled to be heard at a hearing on the 4th of June, 2008.

Upon filing the Notice of Removal in this honorable court, the undersigned filed a sworn Application for Admission of Attorney Pro Hac Vice, with an attachment and proposed Order, using the proscribed court forms, pursuant to Local Rule 11-3, (the Application). (Doc. 3) (Exhibit A, attached hereto).

This case was originally assigned to the Honorable Joseph C. Spero. Judge Spero granted the Application on the 17th of April, 2008, which was filed and entered the next day on the 18th of April, 2008, with a copy mailed by the Clerk to plaintiff's counsel. (Doc. 9) (Exhibit B, attached hereto).

On the 23rd of April, 2008, this case was reassigned to the Honorable Phyllis J. Hamilton.

On the 13th of May, 2008, Judge Hamilton referred plaintiff's objection to the undersigned's pro hac vice status to Magistrate Judge Spero for his consideration. (Doc. 25) (Exhibit C, attached hereto). Judge Spero's clerk, by telephone, arranged the current briefing schedule.

Plaintiff's instant objections are frivolous and without merit. As soon as practicable, the undersigned intends to seek Rule 11 sanctions against the plaintiff and his counsel for deliberately pleading false facts in his Complaint in state court, in an attempt to, among other things, defeat federal jurisdiction and avoid Rule 11 sanctions, and to avoid joinder and Article III standing problems. Plaintiff's post removal efforts in federal court have been frivolous, such as these objections. (See, Defs. Opp. To Pl. Mot. to Remand, Doc. 23; Defs. Mot. To Dismiss, Doc. 5; Defs. Reply to Pl. Opp. To Defs. Mot. To Dismiss, Doc. 26).

## II.
## Plaintiff's Objections

Plaintiff's objections are two-fold, 1) plaintiff objects the Application was filed ex parte, and 2) plaintiff alleges the undersigned is disqualified from pro hac vice appearance pursuant to the first sentence of Local Rule 11-3(b), which disqualifies attorneys who are regularly engaged in the practice of law in the State of California.

1. <u>The undersigned is not disqualified from pro hac vice admission, because pro hac vice applications are by nature, ex parte.</u>

As Judge Hamilton stated in her referral Order:

> As <u>pro hac vice requests are routinely granted ex parte</u>, and as it appears that no objection was lodged before Judge Spero ruled on the request, the objection is referred to Judge Spero for his consideration. [emphasis added]

Plaintiff's objection is without merit. The Application is <u>ex parte</u> by nature. The fact that plaintiff even makes this objection shows a failure to understand routine federal court practice.

Nevertheless, plaintiff's counsel knew of the pending Application, and failed to file an objection. Then, plaintiff knew of the Order, and failed to file an objection. Plaintiff was served with the Notice of Removal on the 9th of April, 2008, which identified the undersigned as a <u>pro hac vice</u> applicant. (Doc. 1). Plaintiff was then mailed a copy of the <u>pro hac vice</u> admission Order by the Clerk on the 18th of April, 2008.

Plaintiff waited until the 9th of May, 2008, <u>four weeks</u>, to file his objections. This delay shows the harassing nature of plaintiff's objections.

2. <u>The undersigned is not disqualified by Local Rule 11-3(b), because he is not engaged in the practice of law in the State of California.</u>

The pertinent part of Local Rule 11-3(b), cited by plaintiff, provides:

> Unless authorized by an Act of Congress or by an order of the assigned judge, an applicant is not eligible for permission to practice pro hac vice if the applicant: … (ii) is regularly engaged in the practice of law in the State of California. [emphasis added]

This objection by the plaintiff is also without merit.

The very concept of federal pro hac vice admission anticipates the limited admission of attorneys admitted to a bar in other jurisdictions. This court's above Local Rule prevents attorneys from filing repeated pro hac vice applications in federal court to an extent it becomes regular practice. Permanent admission to the bar is required for such attorneys.

Plaintiff attaches no evidence in support of his patently false Local Rule 11-3(b) allegation that the undersigned is regularly engaged in the practice of law in the State of California, and should be disqualified from pro hac vice status. Plaintiff merely contends that allegations in his Complaint should disqualify the undersigned.

The fact is the undersigned is not engaged in the practice of law in the State of California. (Moore Decl., ¶ 3, Exhibit D, attached hereto).

The fact is that the undersigned did not, nor did any defendant, maintain an office in California on the date plaintiff filed his Complaint in state court on the 14th of March, 2008. (Not. Of Removal, Moore Decl., ¶ 5, Exhibit B).

The fact is plaintiff's counsel, Neil Gieleghem, was informed over a year ago, on the 5th of March, 2007, after he

1  made a secretive and unannounced visit, that the San Francisco
2  office had closed on the 28th of February, 2007, and had been
3  long scheduled to close, and there was no office in California.
4  (Moore to Gieleghem Letter, 5 March 2007, Exhibit E, attached
5  hereto).
6      The fact is over a year ago, Attorney Gieleghem was
7  informed he failed to understand Article III and the Supremacy
8  Clause of the federal constitution, and practice in the federal
9  courts. (Defs. Opp. To Pl. Mot. To Remand, Moore to Gieleghem
10 Letter, 21 March 2007, pp. 3-4, Exhibit A).
11     The fact is the undersigned handled plaintiff's matters
12 from the New York office since September, 2004. (Defs. Mot. To
13 Dismiss, Moore Decl. ¶ 3, Exhibit A).
14     The undersigned is an active and permanent member in good
15 standing of the bar of ten United States federal trial and
16 appellate courts. (Appl. for Adm. Of Atty. Pro Hac Vice-
17 Attachment, Exhibit A, attached hereto).
18     With the exception of the present action, the undersigned
19 has not applied for pro hac vice admission to the bar of any
20 United States District Court in the State of California. (Moore
21 Decl., ¶ 4, Exhibit D, attached hereto).
22     The undersigned has not applied for permanent admission to
23 the bar of any United States District Court in the State of
24 California. (Moore Decl., ¶ 5, Exhibit D, attached hereto).
25

The undersigned has never appeared before any state court in the State of California. (Moore Decl., ¶ 6, Exhibit D, attached hereto).

The undersigned has never been denied pro hac vice or permanent admission to any court. (Moore Decl., ¶ 7, Exhibit D, attached hereto).

With the exception of the present action, the undersigned has never had to defend against an allegation of disqualification from practicing in any court. (Moore Decl., ¶ 8, Exhibit D, attached hereto).

The undersigned has never been disciplined by any state bar or court. (Moore Decl., ¶ 9, Exhibit D, attached hereto).

With the exception of the present action, the undersigned has never been sued for malpractice. (Moore Decl., ¶ 10, Exhibit D, attached hereto).

### III.
### Conclusion

FOR THE FOREGOING REASONS, Scott Michael Moore, is not disqualified by Local Rule 11-3 for admission pro hac vice, and respectfully prays this honorable court not to disturb its Order granting pro hac vice admission.

Dated this 20th day of May, 2008.

Respectfully submitted,

*[signature]*

Scott Michael Moore, Esq.
MOORE INTERNATIONAL LAW OFFICES
A Professional Corporation
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for the defendants
(Pro Hac Vice)



Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
212-332-3474 (Applicant)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

            Plaintiff(s),

v.

SCOTT MICHAEL MOORE, ET AL

            Defendant(s).

CASE NO.

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Scott Michael Moore, Esq., an active member in good standing of the bar of the States of New York and Michigan, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Anthony P. X. Bothwell, Esq.
    350 Bay St., Ste 100 PMB 314, San Francisco, CA 94133 (415-370-9571)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/10/08

ATTACHMENT
APPLICATION OF SCOTT MICHAEL MOORE FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Applicant, Scott Michael Moore, is also an active member in good standing of the bar of the following United States Courts:

- U.S. District Court, Middle District of Florida (pro hac vice on two occasions)
- U.S. District Court, Eastern District of New York
- U.S. District Court, Northern District of New York
- U.S. District Court, Western District of New York
- U.S. District Court, Western District of Michigan
- United States Court of International Trade
- United States Court of Appeals for the Sixth Circuit
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the Federal Circuit
- United States Supreme Court

UNITED STATES DISTRICT COURT

Northern District of California

NICHOLAS H. PARKER,

          Plaintiff(s),

v.

SCOTT MICHAEL MOORE, ET AL

          Defendant(s).

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Scott Michael Moore, Esq. ☐ , an active member in good standing of the bar of the States of New York and Michigan ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111  (212-332-3474)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants. ☐ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                               United States Magistrate Judge

RECEIVED
APR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

DEFENDANT'S EXHIBIT B

FILED
APR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

NICHOLAS H. PARKER,

             Plaintiff(s),

v.

SCOTT MICHAEL MOORE, ET AL

             Defendant(s).

CASE NO. C08-1896 JCS

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Scott Michael Moore, Esq. ☒, an active member in good standing of the bar of the States of New York and Michigan ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111 (212-332-3474)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/17/08

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER,

    Plaintiff,

v.

SCOTT M. MOORE et al,

    Defendant.

Case Number: CV08-01896 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Moore International Law Offices, A Professional Corporation
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

John Neil Gieleghem
Gieleghem Law Office
1801 Century Park East
Suite 700
Los Angeles, CA 90067

Scott Michael Moore
Moore International Law Offices, P.C.
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

Dated: April 18, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS H. PARKER

    Plaintiff(s),

v.

SCOTT M. MOORE, et al.,

    Defendant(s).

No. C 08-1896 PJH

**ORDER OF REFERENCE**

Before the court is plaintiff's objection to the order granting *pro hac vice* status to defendants' counsel. As *pro hac vice* requests are routinely granted ex parte, and as it appears that no objection was lodged before Judge Spero ruled on the request, the objection is referred to Judge Spero for his consideration. Judge Spero will notify the parties should he require any further information from defendants' counsel.

**IT IS SO ORDERED.**

Dated: May 13, 2008

PHYLLIS J. HAMILTON
United States District Judge



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, | ) Case No.: 3:08-cv-01896PJH |
| Plaintiff, | ) Hon.: Phyllis J. Hamilton |
| v. | ) DECLARATION OF SCOTT M. MOORE |
| SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

1. I, SCOTT M. MOORE, am over 18 years of age and am making this declaration in support of the defendants in the above referenced action.

2. I filed a sworn Application for Admission of Attorney Pro Hac Vice, dated the 10th of April, 2008, in the above referenced action.

3. I am not engaged in the practice of law in the State of California.

4. With the exception of the present action, I have never applied for pro hac vice admission to the bar of any United States District Court in the State of California.

1  5.  I have never applied for permanent admission to the bar of any United States District Court in the State of California.

2  6.  I have never appeared before any state court in the State of California.

3  7.  I have never been denied <u>pro hac vice</u> admission to any court.

4  8.  With the exception of the present action, I have never had to defend against an allegation of disqualification from practicing in any court.

5  9.  I have never been disciplined by any state bar or court.

6  10. With the exception of the present action, I have never been sued for malpractice.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Dated this _30_ day of May, 2008.

_____
SCOTT M. MOORE

-2-



# MOORE INTERNATIONAL LAW OFFICES
## A PROFESSIONAL CORPORATION

45 ROCKEFELLER PLAZA, SUITE 2000
NEW YORK, NEW YORK 10111 USA

TELEPHONE: +(212) 332-3474
FACSIMILE: +(212) 332-3475

INTERNATIONAL LEGAL MATTERS

WRITER: SCOTT MICHAEL MOORE
SMM@MILOPC.COM
LICENSED & ADMITTED
SUPREME COURT OF THE UNITED STATES OF AMERICA
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
U.S. COURT OF INTERNATIONAL TRADE
OTHER U.S. FEDERAL COURTS
STATES OF NEW YORK & MICHIGAN ONLY
LONDON COURT OF INTERNATIONAL ARBITRATION

Via First Class Mail & Facsimile

PERSONAL & CONFIDENTIAL

Our Ref:
Your Ref:

5 March 2007

John Neil Gieleghem, Esq.
Law Offices of Neil Gieleghem
1925 Century Park East, Suite 210
Los Angeles, CA 90067
Facsimile: 310-282-8208

Re:

Dear Mr. Gieleghem:

Please accept the compliments of Moore International Law Offices, P.C.

The undersigned has been informed that the pleasure was had of a visit by you to the San Francisco office on the 27th of February, 2007, one day prior to its long scheduled closing. (There is, as of this date, no office in California.) Your visit was unscheduled and unannounced, and you reportedly stated that the undersigned was not licensed to practice law in the State of California. You

left your business card, and were invited to call the undersigned at the above New York telephone number. No phone call having been received from you, this letter is to follow-up.

To my knowledge, we have never met, and know not what party you represent, or what was the purpose of your visit. However, the statement you made deserves clarification.

The undersigned respectfully wants to inform and assure you that this practice is strictly limited to international legal matters only, and that compliance with all applicable federal and international court requirements are always met, whether they are federal courts around the United States or international tribunals. International legal matters primarily involve the movement of people and goods and services across national boundaries. In the United States, this primarily involves federal and international law. This also involves Native American sovereignty matters because of the treaties involved. There is no, and there never has been, any practice of California state law or in any California state courts. A practice profile may be found on our website, www.milopc.com, and at www.martindale.com.

Lastly, the undersigned would like to point out that some of our cases are highly controversial. Unfortunately, over the years, no small number of enemies have been made, and the undersigned has sometimes been the target of animosity and retaliation motivated by litigation and politics, including having received death threats.

The undersigned hopes this puts your mind at rest about your statement, whatever was the purpose of your visit. If you would like to discuss this matter further, please feel free to contact the undersigned.

Very Truly Yours,

MOORE INTERNATIONAL LAW OFFICES, P.C.

BY: *[signature]*

Scott Michael Moore
Attorney at Law

```
 1  Neil Gieleghem, Esq.
    Gieleghem Law Firm
 2  1875 Century Park East, Suite 700
    Los Angeles, CA 90067
 3  310-284-3252
    Counsel for Plaintiff
 4

 5  Scott Michael Moore, Esq.
    Moore International Law Offices, P.C.
 6  45 Rockefeller Plaza, Suite 2000
    New York, NY 10111
 7  212-332-3474
    Counsel for Defendants
 8  (Pro Hac Vice)

 9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11
    NICHOLAS H. PARKER, an         ) Case No.: 3:08-cv-01896PJH
12  individual,                    )
                                   ) Hon.: Phyllis J. Hamilton
13                   Plaintiff,    )
                                   ) CERTIFICATE OF SERVICE
14       v.                        )
                                   )
15                                 )
    SCOTT MICHAEL MOORE, an        )
16  individual; MOORE INTERNATIONAL)
    LAW OFFICES, A PROFESSIONAL    )
17  CORPORATION, a California      )
    corporation; MOORE             )
18  INTERNATIONAL LAW OFFICES, A   )
    PROFESSIONAL CORPORATION, a    )
19  business entity, form unknown; )
    DOES 1 through 20, inclusive,  )
20                                 )
                                   )
21                   Defendants.   )
    _____)
22

23      I, Scott Michael Moore, Esq., declare under penalty of

24  perjury that I have served a copy of the attached RESPONSE OF

25  SCOTT MICHAEL MOORE, TO PLAINTIFF'S OPPOSITION TO PRO HAC VICE

    STATUS, and supporting papers, upon the following parties or
```

-1-

their attorneys of record by first class mail at the following addresses:

The undersigned certifies service by ECF electronic means to all the parties or their attorneys of record in this action at the addresses listed below:

      Neil Gieleghem, Esq.
      Gieleghem Law Firm
      1875 Century Park East, Suite 700
      Los Angeles, CA 90067
      Counsel for Plaintiff

Dated this 20th day of May, 2008.

                   Respectfully submitted,



      Scott Michael Moore, Esq.
      MOORE INTERNATIONAL LAW OFFICES
      A Professional Corporation
      45 Rockefeller Plaza, Suite 2000
      New York, NY 10111
      T. 212-332-3474
      F. 212-332-3475
      E. smm@MILOPC.com
      Counsel for the defendants
      (Pro Hac Vice)