```
Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for Defendants
(Pro Hac Vice)
```

FILED
08 JUN -2 PM 2:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, | Case No.: C 08-1896 PJH |
| Plaintiff, | Hon.: Phyllis J. Hamilton |
| v. | DEFENDANTS' NOTICE OF APPEAL |
| SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from that part of the order entered in this action on the 27th day of May, 2008, (Doc. 32), granting plaintiff's motion to remand.

1 | Dated this 30th day of May, 2008.

3                          Respectfully submitted,

                           *[signature: Moore]*

                           Scott Michael Moore, Esq.
                           MOORE INTERNATIONAL LAW OFFICES
                           A Professional Corporation
                           45 Rockefeller Plaza, Suite 2000
                           New York, NY 10111
                           T. 212-332-3474
                           F. 212-332-3475
                           E. smm@MILOPC.com
                           Counsel for the defendants
                           (Pro Hac Vice)

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019746
Cashier ID: bucklem
Transaction Date: 06/02/2008
Payer Name: Moore International Law
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: nicholas h parker
 Case/Party: D-CAN-3-08-CV-001896-001
 Amount:      $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 6654
 Amt Tendered: $455.00
-----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```