Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for Defendants
(Pro Hac Vice)

FILED
08 JUN -2 PM 2:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

NICHOLAS H. PARKER, an individual,

    Plaintiff,

v.

SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive,

    Defendants.

Case No.: C 08-1896 PJH

Hon.: Phyllis J. Hamilton

CERTIFICATE OF SERVICE

I, Scott Michael Moore, Esq., declare under penalty of perjury that I have served a copy of the attached NOTICE OF APPEAL and supporting papers, upon the following parties or their attorneys of record by first class mail at the following addresses:

1  Neil Gieleghem, Esq.
   Gieleghem Law Firm
2  1875 Century Park East, Suite 700
   Los Angeles, CA 90067
3  Counsel for Plaintiff

4

5  Office of the Clerk
   Superior Court of California
6  400 McAllister Street, Room 103
   San Francisco, CA 94102

7

8
   The undersigned certifies service by ECF electronic means
9
   to all the parties or their attorneys of record in this action
10
   at the addresses listed below:
11

12

13

14

15 Dated this 30th day of May, 2008.

16

17                          Respectfully submitted,

18

19                          _____
                            Scott Michael Moore, Esq.
20                          MOORE INTERNATIONAL LAW OFFICES
                            A Professional Corporation
21                          45 Rockefeller Plaza, Suite 2000
                            New York, NY 10111
22                          T. 212-332-3474
                            F. 212-332-3475
23                          E. smm@MILOPC.com
                            Counsel for the defendants
24                          (Pro Hac Vice)

25

-2-