**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

June 3, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-1896 PJH**

**CASE TITLE: Parker v. Moore, et al.**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                        Sincerely,

                        RICHARD W. WIEKING, Clerk

                        *[signature]*

                        by: Felicia Reloba
                        Case Systems Administrator

cc: Counsel of Record

```
Scott Michael Moore, Esq.
Moore International Law Offices, P.C.
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
T. 212-332-3474
F. 212-332-3475
E. smm@MILOPC.com
Counsel for Defendants
(Pro Hac Vice)
```

FILED
08 JUN -2 PM 2:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| NICHOLAS H. PARKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A PROFESSIONAL CORPORATION, a business entity, form unknown; DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: C 08-1896 PJH <br><br> Hon.: Phyllis J. Hamilton <br><br> DEFENDANTS' NOTICE OF APPEAL |

PLEASE TAKE NOTICE that the defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from that part of the order entered in this action on the 27th day of May, 2008, (Doc. 32), granting plaintiff's motion to remand.

-1-

1 | Dated this 30th day of May, 2008.

2

3                  Respectfully submitted,

4

5                  *[signature: Moore]*

6                  Scott Michael Moore, Esq.
                   MOORE INTERNATIONAL LAW OFFICES

7                  A Professional Corporation
                   45 Rockefeller Plaza, Suite 2000

8                  New York, NY 10111
                   T. 212-332-3474

9                  F. 212-332-3475
                   E. smm@MILOPC.com

10                 Counsel for the defendants
                   (Pro Hac Vice)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ADRMOP, APPEAL, E-Filing, REFR&R-JCS

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01896-PJH
## Internal Use Only

Parker v. Moore et al  
Assigned to: Hon. Phyllis J. Hamilton  
Referred to: Magistrate Judge Joseph C. Spero  
Demand: $75,000  
Case in other court:  San Francisco County Superior Court, CGC 08-473343  
Cause: 28:1441 Petition For Removal--Other Contract

Date Filed: 04/09/2008  
Date Terminated: 05/27/2008  
Jury Demand: None  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Nicholas H. Parker**  
*an individual*

represented by **J. Neil Gieleghem**  
Gieleghem Law Office  
1875 Century Park East  
Suite 700  
Los Angeles, CA 90067  
310-284-3252  
Fax: 310-284-3253  
Email: ngieleghem@sbcglobal.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Scott Michael Moore**  
*an individual*

represented by **Scott Michael Moore**  
Moore International Law Offices, P.C.  
45 Rockefeller Plaza  
Suite 2000  
New York, NY 10111  
212-332-3474  
Fax: 212-332-3475  
Email: smm@milopc.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Anthony P.X. Bothwell**  
Attorney at Law  
350 Bay Street  
Suite 100 PMB 314

                                                                  San Francisco, CA 94133
                                                                  415-370-9571
                                                                  Fax: 415-668-6178
                                                                  Email: apxb@hotmail.com
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Moore International Law Offices, A**      represented by  **Scott Michael Moore**
**Professional Corporation**                                              (See above for address)
*a California corporation*                                                       *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Anthony P.X. Bothwell**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Moore International Law Offices, A**      represented by  **Scott Michael Moore**
**Professional Corporation**                                              (See above for address)
*a business entity, form unknown*                                     *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Anthony P.X. Bothwell**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2008 | [1](#) | NOTICE OF REMOVAL; No Process from San Francisco County Superior Court. Their case number is CGC 08-473343. (Filing fee $350.00 receipt number 34611017978). Filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (gba, COURT STAFF) (Filed on 4/9/2008) (Additional attachment(s) added on 4/23/2008: # [1](#) Notice of Removal-Part Two, # [2](#) Notice of Removal-Part Three, # [3](#) Notice of Removal-Part Four, # [4](#) Notice of Removal-Part Five, # [5](#) Notice of Removal-Part Six) (far, COURT STAFF). (Entered: 04/11/2008) |
| 04/09/2008 | [2](#) | ADR SCHEDULING ORDER: Case Management Statement due by 7/18/2008. Case Management Conference set for 7/25/2008 01:30 PM. (Attachments: # [1](#) CMC Standing Order, # [2](#) JCS Standing Order, # [3](#) New Standing Order)(gba, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/11/2008) |
| 04/09/2008 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/11/2008) |
| 04/14/2008 | [3](#) | MOTION for Admission of Attorney Scott Michael Moore Pro Hac Vice (Filing fee $ 210.00, receipt number 34611018139) filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International |

| | | |
|---|---|---|
| | | Law Offices, A Professional Corporation(a business entity, form unknown). (gba, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/16/2008) |
| 04/14/2008 | 4 | Received Order re 3 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611018139) by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (gba, COURT STAFF) (Filed on 4/14/2008) (gba, COURT STAFF). (Entered: 04/16/2008) |
| 04/14/2008 | 5 | MOTION to Dismiss filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (gba, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/16/2008) |
| 04/14/2008 | 6 | MEMORANDUM of Law in Support of 5 MOTION to Dismiss filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (Related document(s) 5 ) (gba, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/16/2008) |
| 04/14/2008 | 7 | CERTIFICATE OF SERVICE by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown) re 4 Received Order, 5 MOTION to Dismiss, 6 Memorandum in Support, 3 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611018139) (gba, COURT STAFF) (Filed on 4/14/2008) (Entered: 04/16/2008) |
| 04/17/2008 | 8 | CLERK'S NOTICE TO PLAINTIFF AND DEFENDANTS REGARDING CONSENT TO JURISIDICTION OF A UNITED STATES MAGISTRATE JUDGE. Form due by April 24, 2008. (klh, COURT STAFF) (Filed on 4/17/2008) (Additional attachment(s) added on 4/17/2008: # 1 Cert Serve) (klh, COURT STAFF). (Entered: 04/17/2008) |
| 04/18/2008 | 9 | ORDER, by Judge Joseph C. Spero, signed 4/17/8, granting 3 Motion for Pro Hac Vice for Scott Michael Moore. (klh, COURT STAFF) (Filed on 4/18/2008) (Additional attachment (s) added on 4/18/2008: # 1 Cert Serve) (klh, COURT STAFF). (Entered: 04/18/2008) |
| 04/23/2008 | 10 | Declination to Proceed Before a U.S. Magistrate Judge by Scott Michael Moore. (Moore, Scott) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Moore International Law Offices, A Professional Corporation(a California corporation). (Moore, Scott) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 12 | Declination to Proceed Before a U.S. Magistrate Judge by Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (Moore, Scott) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 13 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (klh, COURT STAFF) (Filed on 4/23/2008) (Entered: 04/23/2008) |
| 04/23/2008 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to the case. Signed by Executive Committee on 4/23/08. (ha, COURT STAFF) (Filed on 4/23/2008) (Entered: 04/23/2008) |

| | | |
|---|---|---|
| 04/24/2008 | 15 | NOTICE of Appearance by Scott Michael Moore (Attachments: # 1 Certificate of Service) (Moore, Scott) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 16 | NOTICE OF HEARING re 5 MOTION to Dismiss filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation (a business entity, form unknown). Motion Hearing set for 6/4/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Certificate of Service)(Moore, Scott) (Filed on 4/24/2008) Modified on 4/24/2008 (far, COURT STAFF). (Entered: 04/24/2008) |
| 04/24/2008 | | (Court only) ***Motions terminated: 16 NOTICE OF HEARING re 5 MOTION to Dismiss filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation. (far, COURT STAFF) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | | Set/Reset Deadlines as to 5 MOTION to Dismiss. Motion Hearing set for 6/4/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 17 | NOTICE OF MOTION AND MOTION to Remand and REQUEST for Just Costs and Actual Expenses (of $9651.29, or additional amount to be determined); MEMORANDUM of Points and Authorities; DECLARATION of Neil Gieleghem filed by Nicholas H. Parker. Motion Hearing set for 6/4/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Exhibits A & B to Motion to Remand)(Gieleghem, J.) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |
| 04/24/2008 | 18 | PROPOSED ORDER re 17 Motion to Remand filed by Nicholas H. Parker. (Gieleghem, J.) (Filed on 4/24/2008) Modified on 4/25/2008 (far, COURT STAFF). (Entered: 04/24/2008) |
| 04/24/2008 | | (Court only) ***Motions terminated: 18 Proposed Order filed by Nicholas H. Parker. (far, COURT STAFF) (Filed on 4/24/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 19 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 4/25/08. (nah, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | | Set Deadlines/Hearings: Initial Case Management Conference set for 7/31/2008 02:30 PM. Case Management Statement due by 7/24/2008. (nah, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 4/25/2008) (Entered: 04/28/2008) |
| 05/09/2008 | 20 | OPPOSITION to 5 MOTION to Dismiss; DECLARATION of Neil Gieleghem filed by Nicholas H. Parker. (Attachments: # 1 Exhibits to Opposition to Motion to Dismiss) (Gieleghem, J.) (Filed on 5/9/2008) Modified on 5/9/2008 (far, COURT STAFF). (Entered: 05/09/2008) |
| 05/09/2008 | 21 | OBJECTIONS to Declaration of Scott M. Moore filed by Nicholas H. Parker. (Gieleghem, J.) (Filed on 5/9/2008) Modified on 5/9/2008 (far, COURT STAFF). (Entered: 05/09/2008) |
| 05/09/2008 | 22 | OBJECTION to Pro Hac Vice Admission of Scott M. Moore re 9 Order filed by Nicholas H. Parker. (Gieleghem, J.) (Filed on 5/9/2008) Modified on 5/9/2008 (far, COURT STAFF). (Entered: 05/09/2008) |
| 05/12/2008 | 23 | OPPOSITION to 17 MOTION to Remand filed by Scott Michael Moore, Moore |

| | | |
|---|---|---|
| | | International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (Attachments: # [1](#) Moore to Gieleghem Letter, 21 March 2007, # [2](#) Declaration of Scott M. Moore, 12 May 2008, # [3](#) Certificate of Service)(Moore, Scott) (Filed on 5/12/2008) Modified on 5/12/2008 (far, COURT STAFF). (Entered: 05/12/2008) |
| 05/13/2008 | [24](#) | REPLY in Support of [17](#) MOTION to Remand filed by Nicholas H. Parker. (Gieleghem, J.) (Filed on 5/13/2008) Modified on 5/13/2008 (far, COURT STAFF). (Entered: 05/13/2008) |
| 05/13/2008 | [25](#) | ORDER of Reference. Signed by Judge Hamilton on 5/13/2008. (pjhlc2, COURT STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 | | CASE REFERRED to Magistrate Judge Magistrate Judge Joseph C. Spero for Report and Recommendation on objection to defendant's pro hac vice status. (wh, COURT STAFF) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/20/2008 | [26](#) | Reply to [20](#) Opposition re [5](#) MOTION to Dismiss filed by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). (Attachments: # [1](#) Declaration of Scott M. Moore, 20 May 2008, # [2](#) Eleventh Cir Judgment, No. 05-12499-EE, 25 July 2005, # [3](#) Eleventh Cir Judgment, No. 05-15231, 8 June 2006, # [4](#) Certificate of Service)(Moore, Scott) (Filed on 5/20/2008) Modified on 5/20/2008 (far, COURT STAFF). (Entered: 05/20/2008) |
| 05/20/2008 | [27](#) | RESPONSE to [22](#) Plaintiff's Objections to Pro Hac Vice Status of Scott M. Moore filed by Scott Michael Moore. (Attachments: # [1](#) Application for Admission of Attorney Pro Hac Vice, # [2](#) Order Granting Application for Admission of Attorney Pro Hac Vice, # [3](#) Order of Reference, # [4](#) Declaration of Scott M. Moore, 20 May 2008, # [5](#) Moore to Gieleghem Letter, 5 March 2007, # [6](#) Certificate of Service)(Moore, Scott) (Filed on 5/20/2008) Modified on 5/20/2008 (far, COURT STAFF). (Entered: 05/20/2008) |
| 05/27/2008 | [28](#) | REPLY to [27](#) Response; DECLARATION of Neil Gieleghem filed by Nicholas H. Parker. (Attachments: # [1](#) Exhibit)(Gieleghem, J.) (Filed on 5/27/2008) Modified on 5/28/2008 (far, COURT STAFF). (Entered: 05/27/2008) |
| 05/27/2008 | [29](#) | SUPPLEMENTAL AUTHORITY in Support of [20](#) Reply filed by Nicholas H. Parker. (Attachments: # [1](#) Supplement)(Related document(s) [20](#) ) (Gieleghem, J.) (Filed on 5/27/2008) Modified on 5/28/2008 (far, COURT STAFF). (Entered: 05/27/2008) |
| 05/27/2008 | [30](#) | OBJECTIONS to [26](#) Moore Reply Declaration filed by Nicholas H. Parker. (Related document(s) [26](#) ) (Gieleghem, J.) (Filed on 5/27/2008) Modified on 5/28/2008 (far, COURT STAFF). (Entered: 05/27/2008) |
| 05/27/2008 | [31](#) | ORDER Overruling Objection To Pro Hac Vice Admission of Scott M. Moore re [22](#) Brief filed by Nicholas H. Parker, [9](#) Order on Motion for Pro Hac Vice. Signed by Judge Joseph C. Spero on 5/27/08. (fj, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/27/2008) |
| 05/27/2008 | [32](#) | ORDER by Judge Hamilton Granting [17](#) Motion to Remand, Denying Fees and Costs, and Vacating Hearing Date (pjhlc2, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/27/2008) |
| 05/27/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 5/27/2008) (Entered: 05/28/2008) |
| | | |

| 05/28/2008 | 33 | CLERK'S LETTER to San Francisco Superior Court re remand of case. (Attachments: # 1 Docket Sheet, # 2 Order) (far, COURT STAFF) (Filed on 5/28/2008) (Entered: 05/28/2008) |
| --- | --- | --- |
| 06/02/2008 | 34 | NOTICE OF APPEAL as to 32 Order on Motion to Dismiss, Order on Motion to Remand by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown). Filing fee $ 455, Receipt Number 34611019746. (Attachments: # 1 Receipt)(far, COURT STAFF) (Filed on 6/2/2008) (Entered: 06/03/2008) |
| 06/02/2008 | 35 | CERTIFICATE OF SERVICE by Scott Michael Moore, Moore International Law Offices, A Professional Corporation(a California corporation), Moore International Law Offices, A Professional Corporation(a business entity, form unknown) re 34 Notice of Appeal, (far, COURT STAFF) (Filed on 6/2/2008) (Entered: 06/03/2008) |
| 06/02/2008 | 36 | Received Document: Acknowledgment of Receipt of docket sheet and remand order from the San Francisco County Superior Court. (far, COURT STAFF) (Filed on 6/2/2008) (Entered: 06/03/2008) |