FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS H. PARKER,<br><br>          Plaintiff - Appellee,<br><br>   v.<br><br>SCOTT MICHAEL MOORE; et al.,<br><br>          Defendants - Appellants. | No. 08-16349<br><br>D.C. No. 3:08-CV-01896-PJH<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The court has reviewed the record and the urgent motion for stay, filed June 10, 2008.

A review of the record suggests that this court may lack jurisdiction over the appeal because this court lacks jurisdiction to review a district court order remanding a removed action to state court for lack of subject matter jurisdiction, including lack of complete diversity. *See* 28 U.S.C. § 1447(d); *Gravitt v. Southwestern Bell Tel. Co.*, 430 U.S. 723 (1977).

Appellant shall file a statement showing cause why the appeal should not be dismissed for lack of jurisdiction no later than June 18, 2008. Appellee may file an opposition to the motion for stay and a response to the statement regarding

AT/MOATT

jurisdiction no later than June 23, 2008. Appellant may file a reply no later than June 25, 2008.

If appellant does not comply with this order, the Clerk shall dismiss this appeal pursuant to Ninth Circuit Rule 42-1.

Briefing is stayed pending disposition of this order and the motion for stay.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Allison Taylor
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A