FILED

JUN 26 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICHOLAS H. PARKER,<br><br>   Plaintiff - Appellee,<br><br> v.<br><br>SCOTT MICHAEL MOORE; et al.,<br><br>   Defendants - Appellants. | No. 08-16349<br><br>D.C. No. 3:08-CV-01896-PJH<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: REINHARDT, BERZON and M. SMITH, Circuit Judges.

 We have reviewed the response to this court's June 12, 2008 order to show cause, and the reply thereto. We conclude that we lack jurisdiction to review the district court's order remanding the case to state court under 28 U.S.C. § 1447(d). *See Kircher v. Putnam Funds Trust*, 547 U.S. 633, 640-43 (2006). Accordingly, this appeal is dismissed.

 All pending motions are denied as moot.

 **DISMISSED.**

AT/MOATT