**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

June 27, 2008

CASE NUMBER:   **CV 08-01896 PJH**
CASE TITLE:   **NICHOLAS H. PARKER-v- SCOTT M. MOORE**
DATE MANDATE FILED:   6/27/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Felicia Reloba
Case Systems Administrator

Distribution:   CIVIL          -         Counsel of Record

                CRIMINAL   -         Counsel of Record
                                     U.S. Marshal (Copy of Mandate)
                                     U.S. Probation Office

NDC App-16