UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 18 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| NICHOLAS H. PARKER, an individual,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SCOTT MICHAEL MOORE, an individual; MOORE INTERNATIONAL LAW OFFICES, A Professional Corporation, a California corporation; MOORE INTERNATIONAL LAW OFFICES, A Professional Corporation, a business entity, form unknown,<br><br>Defendants - Appellants. | No. 08-16349<br>D.C. No. 3:08-CV-01896-PJH<br>Northern District of California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 06/26/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Theresa Benitez
Deputy Clerk